IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

        v.                                  CASE NO. 4:25-mj-117    (AGH)

JESSIKA N. SMITH

_____

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

### (ASSAULT OF A CHILD UNDER 16)

That on or about May 21, 2025, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, did unlawfully and intentionally assault another person, to wit: L.Y.-F., a child who has not attained the age of 16 years, by striking L. Y.-F. in the eye with a chair; in violation of Title 18, United States Code, Section 113(a)(5).

                                                WILLIAM R. KEYES
                                                UNITED STATES ATTORNEY

                                                /s/ Thomas J. Stackhouse
                                                Thomas J. Stackhouse
                                                Special Assistant United States Attorney
                                                Office of the Staff Judge Advocate
                                                6930 Morrison Avenue, Building 130
                                                Fort Benning, Georgia, 31905
                                                Phone: 706-325-7864
                                                thomas.j.stackhouse4.mil@army.mil